IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WILLARD P. HALEY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NILO TRANSPORTATION, et al.,<br><br>        Defendants. | Civil No. 07-1687 (ADC) |

## ORDER

Plaintiffs, Willard Haley ("Haley"), his wife Shirley Haley, and their Conjugal Partnership ("plaintiffs"), bring suit against defendants, Nilo Transportation and others (collectively "Nilo") alleging that Haley suffered injuries as a result of the negligent and reckless operation of a vehicle, driven by a Nilo agent, in which Haley was a passenger. **Docket No. 2**. Plaintiffs moved for partial summary judgment as to liability. **Docket No. 14.** Nilo opposed the same. Plaintiffs' motion for summary judgment, and all related motions, were referred to Magistrate-Judge Bruce J. McGiverin (the "Magistrate-Judge") for a Report and Recommendation ("R & R") on January 16, 2009. **Docket No. 22**. On June 11, 2009, the Magistrate-Judge issued an R & R which recommended denying the motion for summary judgment. **Docket No. 41**. Objections to the R & R were due by June 26, 2009, but none were filed. In fact, plaintiffs have conceded that they will not file objections and have requested the setting of a trial date. **Docket No. 42.**

I.    **Standard of Review for Objections to A Report and Recommendation**

A district court may refer pending motions to a magistrate-judge for a report and recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b); L. Civ. R. 72(a). Any party adversely affected by the recommendation issued may file written objections within ten (10) days of being served with the report and recommendation. 28 U.S.C. § 636(b)(1). However, "[a]bsent objection by the plaintiffs, [a] district court ha[s] a right to assume that [a party]

agree[s] to the magistrate's recommendation." *Templeman v. Chris Craft Corp.*, 770 F.2d 245, 247 (1st Cir. 1985), *cert. denied*, 474 U.S. 1021 (1985). Accordingly, absent a proper objection, the court need only satisfy itself that there is no plain error in order to accept an unopposed Report and Recommendation. *Pellot-Bermudez v. U.S.*, Civ. No. 04-1702 (DRD), 2006 WL 3007480, *2 (D.P.R. Sept. 22, 2006).

## II.     Discussion/Conclusion

Upon review of the R & R, the court finds no reason to depart from the Magistrate-Judge's recommendations. Accordingly, the court **ADOPTS** the R & R in full (**Docket No. 41**), thereby denying plaintiffs' motion for summary judgment (**Docket No. 14**).

**SO ORDERED**

At San Juan, Puerto Rico, on this 9th day of July, 2009

**S/AIDA M. DELGADO-COLÓN**
**United States District Judge**